THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JORDAN CORY RILEY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>　　　　　Respondent. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:25-CV-51-DN<br><br>District Judge David Nuffer |

　　　　Petitioner, Jordan Cory Riley, filed a federal habeas petition under 28 U.S.C.S. § 2254 (2025), in which he attacks his state criminal charges. (ECF No. 1.) Based primarily on the dismissal of Petitioner's state criminal case challenged here, the Court issued an Order to Show Cause on October 21, 2025, stating, "Petitioner's claims are frivolous and do not meet the federal habeas standard for relief: That (under the state criminal case he attacks here) he is currently imprisoned in violation of the Federal Constitution. This is because he was not convicted and sentenced in the state criminal case challenged here." (ECF No. 2.) Court thus gave Petitioner thirty days to show cause why the petition should not therefore be dismissed. (*Id*.)

　　　　Petitioner responded with an argument that the dismissal of his criminal charges entitles him to money damages. (ECF No. 5.) However, such a federal remedy is available only in a successful civil-rights case.

Petitioner's response to the Order to Show Cause does not persuade the Court that this action is valid. **IT IS THEREFORE ORDERED** that:

**(1)** The petition is **DISMISSED** with prejudice.

**(2)** A certificate of appealability is **DENIED**.

**(3)** The Clerk's Office shall mail Plaintiff the Pro Se Litigant Guide with a blank-form civil-rights complaint which Plaintiff must use if he wishes to pursue a civil-rights action.

DATED this __3rd__ day of December, 2025.

BY THE COURT:

DAVID NUFFER
United States District Judge